IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ETHAN GLOVER,<br>4 Pennyborough Court<br>Baltimore, Maryland 21136<br><br>       Plaintiff,<br><br>v.<br><br>BRIAN PATTERSON,<br>*In his Individual and Official Capacity*,<br>Baltimore City Police Task Force Officer<br>601 East Fayette Street<br>Baltimore, Maryland 21202<br><br> And<br><br>JARED STERN<br>*In his Individual and Official Capacity*,<br>Baltimore City Police Task Force Officer<br>601 East Fayette Street<br>Baltimore, Maryland 21202<br><br>       Defendants. | Case No.: _____ |

## NOTICE OF REMOVAL

The United States of America, on behalf of Defendant Brian Patterson in his Official Capacity and Defendant Jared Stern in his Official Capacity, by and through undersigned counsel, respectfully represents that:

1.   Brian Patterson and Jared Stern are named defendants in a civil action pending in the Circuit Court for Baltimore City, Maryland, Case No. C-24-CV-25-000928. A copy of all pleadings and orders received by undersigned counsel are attached hereto as Exhibit 1.

2.   The above-captioned case was filed on January 29, 2025.

3. The Complaint has not been properly served on Defendant Patterson or Defendant Stern in accordance with the Federal Rules of Civil Procedure. *See* Fed. R. Civ. P. 4(i).

4. The United States Attorney's Office received a copy of the Complaint from the Federal Bureau of Investigation on February 14, 2025.

5. On May 19, 2025, the Chief of the Civil Division of the United States Attorney's Office for the District of Maryland, as designee of the United States Attorney, as designee of the Attorney General, certified that Defendant Patterson was acting within the scope of his employment as an employee of the United States at all times relevant to the allegations in Plaintiff's Complaint. A copy of the Patterson Certification is attached hereto as Exhibit 2.

6. On May 19, 2025, the Chief of the Civil Division of the United States Attorney's Office for the District of Maryland, as designee of the United States Attorney, as designee of the Attorney General, certified that Defendant Stern was acting within the scope of his employment as an employee of the United States at all times relevant to the allegations in Plaintiff's Complaint. A copy of the Stern Certification is attached hereto as Exhibit 3.

7. The above-captioned action is one that may be removed at any time before trial to this Court pursuant to 28 U.S.C. §§ 1346, 1441, 1442, and 2679(d).

WHEREFORE, this action now pending in the Circuit Court for Baltimore City, Maryland, Case No. C-24-CV-25-000928, is properly removed to this Court pursuant to 28 U.S.C. §§ 1346, 1441, 1442(a)(1), 1446, and 2679 *et seq*.

>Respectfully submitted,
>
>Kelly O. Hayes
>United States Attorney
>
>By: */s/ Kelly M. Marzullo*
>   Kelly M. Marzullo (Bar No. 28036)
>   Assistant United States Attorney
>   36 South Charles Street, 4th Floor
>   Baltimore, Maryland 21201
>   (410) 209-4956 (direct)
>   (410) 962-2310 (fax)
>   kelly.marzullo@usdoj.gov

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that, on this 27th day of May 2025, a copy of the foregoing *Notice of Removal* was served via email and U.S. mail, first class, postage prepaid, on:

J. Wyndal Gordan
The Law Ofice of J. Wyndal Gordon, P.A.
20 South Charles Street, Suite 400
Baltimore, Maryland 21201
jwgaattys@aol.com
*Counsel for Plaintiff*

and

Raouf Abdullah
RMA & Associates, LLC
14714 Main Street, First Floor
Upper Marlboro, Maryland 20772
rma@rmalawfirm.com
*Co-counsel for Plaintiff*

                                                  */s/ Kelly M. Marzullo*
                                                  Kelly M. Marzullo
                                                  Assistant United States Attorney